```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                        :

RAFIA LAWAL, *on behalf of herself and all others similarly situated*,

                                       Plaintiff,

-v-

KENNETH COLE PRODUCTIONS, INC.,

                                       Defendant.
------------------------------------------------------------------ X

1:22-cv-5710-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The Court takes no action with respect to the parties' filing described as a "Stipulation to Extend Deadline to Answer." Dkt. No. 8. The parties failed to comply with the Court's Individual Rules, in particular Rules 1(E) and 1(F). Although the parties' filing purports to extend the deadline for Defendant to answer or otherwise respond to the complaint, this filing has no effect because the Court has not ordered the extension.

      SO ORDERED.

Dated: August 10, 2022
       New York, New York

                                                                _____
                                                                    GREGORY H. WOODS
                                                             United States District Judge